UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:13-CV-1679-L** |
| § | |
| **LAGENE VALDEZ, JANICO** § | |
| **ENTERPRISES, LLC and TIMEOUT** § | |
| **HOSPITALITY CLUB,** § | |
| § | |
| Defendants. § | |

# ORDER

Before the court is Plaintiff's Motion for Final Default Judgment (Doc. 30), filed April 16, 2014. Plaintiff's Motion for Final Default Judgment was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 4, 2015, recommending that the court grant Plaintiff's Motion for Final Default Judgment against Defendants, permanently enjoin Defendants, and award Plaintiff: $60,000 in damages; postjudgment interest at the applicable federal rate of .17%; attorney's fees in the amount of $5,650; and costs of suit. No objections to the Report were filed.

Having reviewed the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Final Default Judgment (Doc. 30) and **orders** that default judgment be entered for Plaintiff in the amount of **$60,000**, plus postjudgment interest thereon at the applicable federal rate of .17%. Plaintiff requested no prejudgment interest, and the court awards none. To prevent and restrain future violations of the

Act, the court **permanently enjoins** Defendants, Defendants' officers, agents, servants, employees, and attorneys and those persons in active concert or participation with Defendants from intercepting or exhibiting an unauthorized program in violation of the Federal Communications Act. The court also **awards** Plaintiff reasonable attorney's fees in the amount of **$5,650** and taxes all allowable and reasonable costs against Defendants. In accordance with Rule 58 of the Federal Rules of Civil Procedure, a default judgment will issue by separate document.

    **It is so ordered** this 24th day of February, 2015.

                                                             Sam A. Lindsay
                                                        United States District Judge